# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT**

UNITED STATES OF AMERICA,
      Petitioner,

      v.                            CASE NUMBER: 25-MC-0012

AIR WISCONSIN AIRLINES, LLC,
      Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's petition to enforce the subpoenas is **GRANTED**. Respondent will respond to the subpoena within twenty-one days of the entry of this order.

1/27/2026
Date

  Linda M. Klemm
Clerk

/s Alexis H.
(By) Deputy Clerk